## KIMBROUGH *vs.* STATE.

LARCENY FROM THE HOUSE, FROM WEBSTER. Criminal Law. Evidence. (Before Judge Bower.)

Jackson, C. J.—On the trial of an indictment for larceny from the house, it was admissible to show that the defendant went to the owner of the stolen property and said that the latter had presented him at court, that if he swore to the tracks found at the scene of the offense, the defendant would be hurt, otherwise he would not be; and he wanted the owner to go to his lawyers and "swear them tracks did not get the cotton;" and that he would rather pay a bale of cotton, or $100, than for

the owner to swear to the tracks. Such testimony was not objectionable on the ground that it was in the nature of a confession, or because counsel for defendant desired to examine a witness in the absence of the jury as to its admissibility.

Judgment affirmed.

E. G. Simmons, for plaintiff in error.

C. B. Hudson, solicitor general, by W. A. Hawkins, for defendant.